[DO NOT PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-10859

Non-Argument Calendar

_____

ROBERT JAMES CRENSHAW,

Plaintiff-Appellant,

*versus*

STATON HEALTHCARE SERVICE,
NURSE ELLIS,
Head Nurse,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Alabama

2                    Opinion of the Court                    24-10859

D.C. Docket No. 2:20-cv-00851-ECM-JTA

———————————

Before ROSENBAUM, LUCK, and BRASHER, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. Robert Crenshaw, a state prisoner proceeding *pro se*, appeals the district court's January 11, 2024, final order and judgment. The statutory time limit required him to file a notice of appeal on or before February 12, 2024, the Monday following 30 days from the entry of judgment on January 11, 2024. *See* 28 U.S.C. § 2107(a); Fed. R. App. P. 4(a)(1)(A), 26(a)(1)(C). However, he did not file the instant notice of appeal until March 12, 2024, and thus, it cannot invoke our jurisdiction. *See* Fed. R. App. P. 4(c)(1); *Jeffries v. United States*, 748 F.3d 1310, 1314 (11th Cir. 2014); *Hamer v. Neighborhood Hous. Servs. of Chi.*, 138 S. Ct. 13, 21 (2017).[1]

No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.

---

[1] Prior to the instant notice of appeal, Crenshaw filed two timely notices of appeal, resulting in appeal Nos. 24-10250 and 24-10338.